**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosamaria Fraijo, | No. CV-23-00221-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Plaintiff filed a Second Motion for Extension of Time in Which to Serve Summons and Complaint. (Doc. 9.) Plaintiff states she is actively attempting to serve remaining Defendants through a process server, but needs an additional fourteen days.

IT IS ORDERED GRANTING the extension. (Doc. 9.) Plaintiff shall have until on or before September 19, 2023 to serve the Complaint and Summons on Defendants James T. Simpson, Duane L. Small, and Paolo Paravano. IT IS FURTHER ORDERED any Defendant not served on or before this date shall be dismissed without prejudice.

Dated this 13th day of September, 2023.

Honorable Raner C. Collins
Senior United States District Judge